Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge FEINMAN taking no part.

ROBERT LEBENSOLD, Respondent, v FRANK MANCUSO, Appellant, et al., Defendant.

Decided June 22, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge FEINMAN taking no part.

In the Matter of LISA T., Respondent, v KING E.T., Appellant.

Submitted June 5, 2017; decided June 22, 2017

Motion for poor person relief granted.

Judge FEINMAN taking no part.

In the Matter of LISA T., Respondent, v KING E.T., Appellant.

Submitted June 12, 2017; decided June 22, 2017

Motion for poor person relief granted.

Judge FEINMAN taking no part.

FRANK MAKI, Appellant, v BASSETT HEALTHCARE et al., Respondents.

Decided June 22, 2017